IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **REGIONAL HOSPITAL OF JACKSON,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:25-cv-01016-STA-jay |
| **ROBERT F. KENNEDY, JR., Secretary,** United States Department of Health and Human Services, | ) ) ) ) ) |
| Defendant | ) ) ) |

## ORDER GRANTING JOINT MOTION FOR STAY

This matter is before the Court on the Parties' Joint Motion to Stay. (ECF No. 10). Upon consideration, the Motion is hereby **GRANTED**.

IT IS HEREBY ORDERED that this case is stayed until further order of the Court.

IT IS FURTHER ORDERED that the Parties submit a joint status report within thirty (30) days of a ruling on one or both of the cross-motions pending in *Baylor All Saints Medical Center v. Becerra*, 4:24-cv-156-O (N.D. Tex.).

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: February 21, 2025

APPROVED FOR ENTRY BY:

*/s/ Jessalyn H. Zeigler*
Jessalyn H. Zeigler (BPR #016139)
BASS, BERRY & SIMS PLC
21 Platform Way South, Suite 3500
Nashville, TN 37203
Telephone: (615) 742-6200
Email: jzeigler@bassberry.com

Lori Rubin Garber
Admitted pro hac vice
District of Columbia Bar No. 1004240
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: (202) 672-5300
lori.garber@foley.com

**ATTORNEYS FOR PLAINTIFF REGIONAL HOSPITAL OF JACKSON**

Reagan Taylor Fondren
Acting United States Attorney

/s/ Christopher E. Cotten
Christopher E. Cotten
No. 014277 (Tennessee)
Assistant United States Attorney
800 Federal Bldg., 167 N. Main
Memphis, Tennessee 38103
(901) 544-4231, chris.cotten@usdoj.gov

**ATTORNEY FOR DEFENDANT**